AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

```
                                      SOUTHERN DISTRICT OF MISSISSIPPI
                                              FILED

                                            JUN 26 2023

                                          ARTHUR JOHNSTON
                                      BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

for the

District of Mississippi

|                                                    |   |                                                                 |
|----------------------------------------------------|---|-----------------------------------------------------------------|
| Johansi Lopez                                      | ) |                                                                 |
| _Petitioner_                                       | ) |                                                                 |
|                                                    | ) |                                                                 |
| v.                                                 | ) | Case No. 3:23cv 404-CWR-LGI                                     |
|                                                    | ) | _(Supplied by Clerk of Court)_                                  |
| C, Harrison, Warden-FCC Yazoo City-Low             | ) |                                                                 |
| _Respondent_                                       | ) |                                                                 |

_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Johansi Moises Lopez-Suero
   (b) Other names you have used: Johansi Lopez – aka "Gordo"

2. Place of confinement:
   (a) Name of institution: Yazoo City-Low
   (b) Address: P.O. Box 5000, Yazoo City, MS. 39194

   (c) Your identification number: 86834-054

3. Are you currently being held on orders by:
   ☑ Federal authorities      ☐ State authorities      ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court for the Southern District New York- New York, N.Y.
   (b) Docket number of criminal case: 1:19-cr-00323-001
   (c) Date of sentencing: September 4, 2020
   ☐ Being held on an immigration charge  N/A
   ☐ Other _(explain)_: N/A

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.  What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other *(explain):* _____

6.  Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: U.S. District Court for the Southern District of New York - New York, N.Y.

    (b) Docket number, case number, or opinion number: 1:19-cr-00323-001

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):*
    Conviction under 18 U.S.C. 924(c) for "use of a firearm"

    (d) Date of the decision or action: September 4, 2020

## Your Earlier Challenges of the Decision or Action

7.  First appeal

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☐ Yes   ☑ No

    (a) If "Yes," provide: N/A

        (1) Name of the authority, agency, or court: N/A

        (2) Date of filing: N/A

        (3) Docket number, case number, or opinion number: N/A

        (4) Result: N/A

        (5) Date of result: N/A

        (6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: *No appeal issued or pursued because counsel failed to challenge the conviction at sentencing or on appeal based on the Supreme Court's decision in Davis.*

8. Second appeal

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes   ☐ No *N/A*

(a) If "Yes," provide: *N/A*

    (1) Name of the authority, agency, or court: *N/A*

    (2) Date of filing: *N/A*

    (3) Docket number, case number, or opinion number:

    (4) Result: *N/A*

    (5) Date of result: *N/A*

    (6) Issues raised: *N/A*

(b) If you answered "No," explain why you did not file a second appeal: *N/A*

9. Third appeal

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes   ☐ No *N/A*

(a) If "Yes," provide: *N/A*

    (1) Name of the authority, agency, or court: *N/A*

    (2) Date of filing: *N/A*

    (3) Docket number, case number, or opinion number: *N/A*

    (4) Result: *N/A*

    (5) Date of result: *N/A*

    (6) Issues raised: *N/A*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b)  If you answered "No," explain why you did not file a third appeal:    *N/A*

10.    Motion under 28 U.S.C. § 2255

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes                ☐ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes            ☑ No

If "Yes," provide:

(1)  Name of court:    *N/A*

(2)  Case number:    *N/A*

(3)  Date of filing:    *N/A*

(4)  Result:    *N/A*

(5)  Date of result:    *N/A*

(6)  Issues raised:    *N/A*

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes            ☑ No

If "Yes," provide:

(1)  Name of court:    *N/A*

(2)  Case number:    *N/A*

(3)  Date of filing:    *N/A*

(4)  Result:    *N/A*

(5)  Date of result:    *N/A*

(6)  Issues raised:    *N/A*

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:  _See attached "Memorandum of Law And Fact In Support of Petition For A Writ of Habeas Corpus Under 28 U.S.C. 2241"._

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes     ☑ No

If "Yes," provide:  _N/A_

(a)  Date you were taken into immigration custody:  _N/A_

(b)  Date of the removal or reinstatement order:  _N/A_

(c)  Did you file an appeal with the Board of Immigration Appeals?  _N/A_

☐ Yes          ☐ No  _N/A_

If "Yes," provide:

(1) Date of filing:  _N/A_

(2) Case number:  _N/A_

(3) Result:  _N/A_

(4) Date of result:  _N/A_

(5) Issues raised:  _N/A_

(d)  Did you appeal the decision to the United States Court of Appeals?  _N/A_

☐ Yes          ☐ No  _N/A_

If "Yes," provide:

(1) Name of court:  _N/A_

(2) Date of filing:  _N/A_

(3) Case number:  _N/A_

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result:  *N/A*

(5) Date of result:  *N/A*

(6) Issues raised:  *N/A*

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition? *N/A*

☐ Yes                    ☐ No

If "Yes," provide:  *N/A*

(a) Kind of petition, motion, or application:    *N/A*

(b) Name of the authority, agency, or court:    *N/A*

(c) Date of filing:    *N/A*

(d) Docket number, case number, or opinion number:    *N/A*

(e) Result:    *N/A*

(f) Date of result:    *N/A*

(g) Issues raised:    *N/A*

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

GROUND ONE:  *Two recent decisions of the U.S. Supreme Court rendered petitioner's conviction under 924(c) illegal and invalid.*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Petitioner's conviction for conspiracy to commit Hobbs Act robbery is no longer a crime of violence. Petitioner's conviction for attempted Hobbs Act robbery is no longer a crime of violence.

(b) Did you present Ground One in all appeals that were available to you?  N/A

☐ Yes         ☑ No

GROUND TWO: _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

_____

_____

_____

_____

_____

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes         ☐ No

GROUND THREE: _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

_____

_____

_____

_____

_____

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes         ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not:    _See attached "Memorandum of Law And Fact._

Request for Relief

15. State exactly what you want the court to do: _Vacate petitioner's conviction under 924(c) for "use of a firearm" and resentence petitioner absent the sentence imposed for that offense._

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

June 16, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: June 16, 2023

_____
*Signature of Petitioner*

N/A
_____
*Signature of Attorney or other authorized person, if any*